UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:02-CR-22-7F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILLIAM BERNARD BRESS, | ) | |
| Defendant. | ) | |

In its previous Order [DE-738], the court mistakenly continued the revocation hearing in this matter to the May 13, 2013 term of court. That Order [DE-738] is hereby RESCINDED. For good cause show, the Government's Motion to Continue the Revocation Hearing [DE-737] is ALLOWED and the revocation hearing in this matter is hereby CONTINUED to the **July 1, 2013 term of court**.

SO ORDERED.

This the 26 day of April, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge